## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## AT INDIANAPOLIS

| | | |
|---|---|---|
| SHEILA OBIEFUNA, | ) | Case No. 1:19-cv-1039-SEB-DLP |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| –v– | ) | **MOTION TO APPEAR PRO HAC VICE** |
| | ) | **FILED ON BEHALF OF ATTORNEY** |
| HYPOTEC, INC.,** *formally known as* **U.V.S.,** | ) | **MELISSA L. ENGLISH, ESQ.** |
| INC.,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

Steven C. Coffaro, Esq. of the law firm Keating Muething & Klekamp, PLL, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Melissa L. English, Esq. of Smith, Gildea & Schmidt, LLC, to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Sheila Obiefuna and putative class members in the above-styled cause only.  In support of this motion, the undersigned states:

1.  The Certification of Melissa L. English, Esq., as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as **Exhibit A**.

2.  The administrative fee required to process this motion for admission pro hac vice in the amount of One Hundred Dollars ($100.00) has been submitted electronically via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Melissa L. English, Esq. leave to appear *pro hac vice* for purposes of this cause only.

Respectfully submitted,


*/s/ Steven C. Coffaro*
Steven C. Coffaro (19767-15)
KEATING MUETHING & KLEKAMP, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Phone:  (513) 579-6489
Fax:  (513) 579-6457
steve.coffaro@kmklaw.com

*Attorneys for Plaintiff,*
*Sheila Obiefuna*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2019, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Melissa L. English, Esq. was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.


*/s/ Steven C. Coffaro*
Steven C. Coffaro