IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
AT INDIANAPOLIS

| | | |
|---|---|---|
| **SHEILA OBIEFUNA,** *et al.* | ) | Case No. 1:19-cv-1039-SEB-DLP |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| -v- | ) | **MOTION TO APPEAR PRO HAC VICE** |
| | ) | **FILED ON BEHALF OF ATTORNEY** |
| **HYPOTEC, INC.,** *formerly known as* | ) | **TIMOTHY F. MALONEY, ESQ.** |
| **U.V.S., INC.,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

Steven C. Coffaro, Esq. of the law firm Keating Muething & Klekamp, PLL, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Timothy F. Maloney, Esq. of Joseph, Greenwald & Laake, P.A., to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiffs Sheila Obiefuna, Andrea Colbert Joseph, and putative class members in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Timothy F. Maloney, Esq., as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as **Exhibit A**.

2. Administrative fees required to process this motion for admission *pro hac vice* in the amount of One Hundred Dollars ($100.00) has been submitted electronically via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Timothy F. Maloney, Esq. leave to appear *pro hac vice* for purposes of this cause only.

Dated: August 9, 2019

Respectfully submitted,

*/s/ Steven C. Coffaro*
Steven C. Coffaro (19767-15)
KEATING MUETHING & KLEKAMP, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6489
Fax: (513) 579-6457
steve.coffaro@kmklaw.com

*Attorney for Plaintiffs Sheila Obiefuna and Andrea Colbert Joseph*

### CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019 a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Timothy F. Maloney, Esq. was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Steven C. Coffaro*
Steven C. Coffaro