UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUN 22 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| SHELA OBIEFUNA, *et al.*, | ) |
| Plaintiff(s), | ) |
| v. | ) Cause No. 1:19-cv-1039-SEB-DLP |
| HYPOTEC, INC., *formerly known as* U.V.S., INC., *et al.*, | ) |
| Defendant(s). | ) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), Sarah V. Geiger respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiffs Sheila Obiefuna and Andrea Colbert Joseph, on behalf of themselves and on behalf of the entire class of persons similarly situated, in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): US District Court, Southern District of Ohio (7/27/15); US District Court, Western District of Kentucky (11/15/16); US District Court, Eastern District of Kentucky (4/23/15); Supreme Court of Ohio (5/7/15).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: June 16, 2020

Respectfully submitted,

/s/ Sarah V. Geiger
Sarah V. Geiger (OH 0093144)
Keating Muething & Klekamp PLL
One E. 4th Street, Suite 1400
Cincinnati, OH 45202
Tel: (513) 579-6495
Fax: (513) 579-6457
sgeiger@kmklaw.com

## CERTIFICATE OF SERVICE

I certify that on June 16, 2020 a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Melissa L. English
Michael Paul Smith
Smith, Gildea & Schmidt, LLC
600 Washington Avenue, Suite 200
Towson, Maryland 21204
*Co-Counsel for Plaintiffs and Class Members*

Dina M. Cox
Janelle P. Kilies
Lewis Wagner, LLP
501 Indiana Avenue, Suite 200
Indianapolis, Indiana 46202
*Counsel for Defendants Hypotec, Inc. and Frederic Abitbol*

Timothy F. Maloney
Veronica B. Nannis
Nicholas N. Bernard
Joseph, Greenwald & Laake, P.A.
7404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
*Co-Counsel for Plaintiffs and Class Members*

_____
Sarah V. Geiger

Keating Muething & Klekamp PLL
One E. 4th Street, Suite 1400
Cincinnati, OH 45202
Tel: (513) 579-6495
Fax: (513) 579-6457
sgeiger@kmklaw.com