UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **SHEILA OBIEFUNA, et al.,** *Plaintiffs*, v. **HYPOTEC, INC.,** *formally known as* **U.V.S. INC.,** *et al.*, *Defendants*. | Case No. 1:19-cv-01039-SEB-DLP |

## MOTION FOR ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs, by and through their undersigned counsel, move the Court for an order voluntarily dismissing their claims against Hypotec, Inc., formerly known as U.V.S. Inc., et al., with prejudice, pursuant to the settlement agreement between the parties.

  /s/ Steven C. Coffaro
Steven C. Coffaro (19767-15)
Gregory M. Utter (*Pro Hac Vice*)
Sarah V. Geiger (*Pro Hac Vice*)
Melissa S. Matthews (*Pro Hac Vice*)
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
Phone: (513) 579-6400
Fax: (513) 579-6457
steve.coffaro@kmklaw.com
gmutter@kmklaw.com
sgegier@kmklaw.com
mmatthews@kmklaw.com
*Co-Counsel for Plaintiffs*

Michael Paul Smith (*Pro Hac Vice*)
Melissa L. English (*Pro Hac Vice*)
Smith, Gildea & Schmidt, LLC
600 Washington Avenue, Suite 200
Towson, MD 21204
Phone: (410) 821-0070
Fax: (410) 821-0071
mpsmith@sgs-law.com
menglish@sgs-law.com
 *Co-Counsel for Plaintiffs*

Timothy F. Maloney (*Pro Hac Vice*)
Veronica B. Nannis (*Pro Hac Vice*)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
Phone: (301) 220-2200
Fax: (301) 220-1214
tmaloney@jgllaw.com
vnannis@jgllaw.com
*Co-Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading was filed with the Clerk of Courts using the CM/ECF System which will send notification electronically to all counsel of record this 28th day of April, 2021.

*/s/ Steven C. Coffaro*
Steven C. Coffaro