# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **SHEILA OBIEFUNA, et al.**, *Plaintiffs*, v. **HYPOTEC, INC.**, *formally known as* **U.V.S. INC.**, *et al.*, *Defendants*. | Case No. 1:19-cv-01039-SEB-DLP |

## ORDER RE: VOLUNTARY DISMISSAL OF CLAIMS

This Court, having considered the Plaintiffs' Motion for Voluntary Dismissal, there being good cause shown therefore and no objection from Defendant Hypotec, Inc., formerly known as U.V.S. Inc., it is hereby ORDERED:

1. Plaintiffs' claims against Hypotec, Inc., formerly known as U.V.S. Inc., et al., are dismissed with prejudice.

Date: 5/5/2021

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF