# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SHEILA OBIEFUNA and ANDREA COLBERT JOSEPH, | )<br>)<br>) |
| Plaintiffs, | ) CASE NO.:  1:19-cv-1039-SEB-DLP<br>) |
| v. | )<br>) |
| HYPOTEC, INC., formally known as U.V.S., INC. and FREDERIC ABITBOL, | )<br>)<br>) |
| Defendants. | ) |

## ORDER ON JOINT MOTION FOR VOLUNTARY DISMISSAL

Plaintiffs, Sheila Obiefuna and Andrea Colbert Joseph, by counsel, and Defendants, Hypotec, Inc. and Frederic Abitbol by counsel, having filed their Joint Motion for Voluntary Dismissal; and, the Court, being duly advised in the premises, now GRANTS said Motion.

IT IS THEREFORE ORDERED that all claims against Hypotec, Inc. and Frederic Abitbol shall be and are hereby dismissed with prejudice.

DATE: 5/25/2021

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:  All Counsel of Record.